| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **B & D Entreprises S.E.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | **3:16-bk-978** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 22, 2016**      X **/s/ Manuel M. Babilonia**
                                       Signature of individual signing on behalf of debtor

                                       **Manuel M. Babilonia**
                                       Printed name

                                       **general Partner/ administrator**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **B & D Entreprises S.E.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): **3:16-bk-978**

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                Current value of debtor's interest

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4: Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **B & D Entreprises S.E.**   Case number *(If known)* 3:16-bk-978
Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Carr #2 KM110 KM 7 Blvd # 2 Isabela, PR 00662, , Rustica; Remanente: Predio radicado en le Barrio Terranova de Quebradillas PR con una cabida de 11681.1890mc.** | **Fee Simple** | **$934,495.00** | | **$934,495.00** |

56. **Total of Part 9.**                                                                                         $934,495.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Debtor  **B & D Entreprises S.E.**  Case number *(If known)* **3:16-bk-978**
Name

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **B & D Entreprises S.E.**
Name

Case number *(If known)* **3:16-bk-978**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................>  | | $934,495.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $934,495.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $934,495.00 |

PABLO SANTOS RIVERA
INVESTIGADOR DE TITULO
P.O. BOX 141323
ARECIBO, PUERTO RICO 00614
TEL(787)638-4077

## ESTUDIO DE TITULO

**SOLICITANTE:** Sr. Miguel Babilonia

**CERTIFICO:** Que he examinado los libros de este registro relacionado con el titulo de la finca #2571 encontrando la siguiente información:

**DESCRIPCION:** Rústica: Remanente: Predio radicada en el Bo. Terranova de Quebradillas, Puerto Rico con cabida de 11,681.1890 m/c. Lindes al Norte – Zona marítima; Sur – predios segregados; Este – predios segregados y Tom Henslin y Oeste – uso público #3, Roberto Cabral y Ángel Lugo.

**TITULO:** Inscrita a favor de B- and- D. Enterprises, S.E. representado por Manuel Miguel Babilonia Santiago esta finca que adquiere por resto. Así resulta del registro y de escritura #145 otorgada en Quebradillas, Puerto Rico el 14 de noviembre de 2000 ante el Not. Francisco J. Arraiza Donate.

**INSCRIPCION:** Al folio #75 tomo #220 de Quebradillas. Registro de la Propiedad de Arecibo sección II.

**GRAVAMENES:**
Servidumbre a favor de A.E.E.

Hipoteca en garantía de un pagaré, bajo affd. #23,655, a favor de Banco Popular de Puerto Rico, o a su orden, por la suma de $350,000.00 interés 1% sobre el prime rate de New York y vence a la presentación. Así resulta del registro y de escritura #145 otorgada en Quebradillas el 14 de noviembre de 2000 ante el Not. Francisco J. Arraiza Donate. Inscripción 8ª.

Por la escritura #992 otorgada en Mayagüez el 9 de septiembre de 2003 ante el Not. Adrián Hilera Torres se modifica la hipoteca antes mencionada en cuanto al interés que sea 9.99% anual disponiéndose que en caso de mora en el pago del principal o el interés de la obligación devengará interés de mora al añadir dos puntos porcentuales al tipo pactado en este pagaré desde la fecha del incumplimiento hasta el pago total de la deuda. A tenor con el artículo 145 de la Ley Hipotecaria, 30 L.P.R.A. sección 2469 se extiende a 35 años a partir de la fecha del otorgamiento de la presente escritura. Al margen de la inscripción 8ª.

Hipoteca en garantía de un pagare, bajo affd. #26,127, a favor del Banco Popular de Puerto Rico, o a su orden, por la suma de 40,000.00 interés al ½ % sobre la tasa de interés preferencial y vence a la presentación. Sujeta a la cláusula de sustancias peligrosas. Así resulta del registro y

**Finca: #2571**

de escritura #84 otorgada en Quebradillas el 23 de mayo de 2002 ante Francisco J. Arraiza Donate. Inscripción 11ª.

Por la escritura #996 otorgada en Mayagüez el 7 de septiembre de 2004 ante el Not. Adrián Hilera Torres se modifica la hipoteca antes mencionada en cuanto al interés que será 9.99% anual disponiéndose que en caso de mora en el pago del principal o el interés de la deuda devengará interés de mora al añadir dos puntos porcentuales al tipo pactado en este pagaré e desde la fecha del incumplimiento hasta el pago total de la deuda. A tenor con el artículo 145 de la Ley Hipotecaria, 30 L.P.R.A. sección 2469 se extiende a 35 años a partir de la fecha del otorgamiento de la presente escritura. Al margen de la inscripción 11ª.

Hipoteca en garantía de un pagaré, bajo affd. 15461, a favor de Westernbank Puerto Rico, o a su orden, por la suma de $75,000.00 interés a dos puntos porcentuales sobre el New prime rate y vence a la presentación. Sujeta a la cláusula de sustancias peligrosas. Así resulta del registro y de escritura #277 otorgada en San Juan el 7 de mayo de 2004 ante el Not. Francisco J. Biaggi Landrón. Inscripción 12ª.

Registro de Embargo de E.L.A., E.U.A., C.R.I.M. y Ley 12 – Negativo

Sentencia – Negativo

Bitácora – Negativo

Debido al sistema de bitácora electrónica utilizada en esta sección, no podemos precisar que exista algún documento adicional relacionado con esta finca.

En Arecibo, Puerto Rico a 21 de enero de 2016 a las 9:00 a.m.

Pablo Santos Rivera
Investigador de Título

**Fill in this information to identify the case:**

Debtor name: **B & D Entreprises S.E.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): **3:16-bk-978**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ **934,495.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ **0.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ **934,495.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **465,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **0.00**

4. **Total liabilities** ........................................................................................................................................... $ **465,000.00**
   Lines 2 + 3a + 3b