# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | Case No. 16-00978 (BKT) |
| B & D ENTERPRISES SE, | Chapter 11 |
| Debtor(s). | |

## MOTION REQUESTING EXTENSION OF TIME
## TO RESPOND TO DISCLOSURE STATEMENT

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

    **COMES NOW** the secured creditor Banco Popular de Puerto Rico ("BPPR"), by and through the undersigned legal counsel, and respectfully requests as follows:

    1. B & D Enterprise SE (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Code") on February 11, 2016 (the "Petition Date"). See, Docket No. 1.

    2. On May 10, 2016, the Debtor filed its Disclosure Statement and Chapter 11 Plan of Reorganization (the "Plan"). See, Dockets No. 29 and 30.

    3. The hearing to consider approval of the Disclosure Statement is currently scheduled for June 22, 2016. Pursuant to the Court's Order, the deadline to respond to the Disclosure Statement is today. See, Docket No. 31.

    4. BPPR is currently in the process of finalizing its review of the Disclosure Statement. Despite BPPR's best efforts to the contrary, BPPR requires additional time in order to conclude its review of the Disclosure Statement and file its position for the Court's benefit and analysis.

    5. As such, BPPR requests an extension of time of ten (10) days to file its response to the Disclosure Statement.

00366982; 1

6. The requested extension is being sought in good faith and will not unduly delay the proceedings in this case, or prejudice other parties-in-interest.

**WHEREFORE**, BPPR respectfully prays this Court for a ten (10) day extension to submit its response to Debtor's Disclosure Statement (Docket No. 29).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of June, 2016.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**O'NEILL & BORGES, LLC**
*Attorneys for Banco Popular de Puerto Rico*
American International Plaza
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR  00918-1813
Tel.: (787) 764-8181
Fax: (787) 753-8944

s/ Luis C. Marini-Biaggi
Luis C. Marini-Biaggi
USDC No. 222301
E-mail: luis.marini@oneillborges.com

s/ Nayuan Zouairabani
Nayuan Zouairabani
USDC No. 226411
E-mail: nayuan.zouairabani@oneillborges.com