IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

B & D ENTERPRISES SE

XXX-XX3070

Debtor(s)

CASE NO. 16-00978 BKT

Chapter 11

FILED & ENTERED ON 1/5/2017

**ORDER TO SHOW CAUSE**

The Debtor(s) will show cause within twenty-one (21) days why the case should not be dismissed for non compliance with the Final Order Approving Disclosure Statement and Confirming Plan entered on 08/29/2016 (docket entry No. 52) as to the requirements of LBR 3022-1 of the application for a final decree. Failure to timely reply to this order, the case will be dismissed without further notice or hearing. Order due by 01/26/2017.

SO ORDERED.

In San Juan, Puerto Rico, this 05 day of January, 2017.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR(S)
ISABEL M FULLANA
F/UP