**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 16-00978 BKT |
| **B & D ENTERPRISES SE** | CHAPTER 11 |
| Debtor(s) | FILED & ENTERED ON 4/17/2019 |

## ORDER

After full consideration the facts of this case; the parties' motions, and the Opinion and Order entered in the related case of Debtors Manuel M. Babilonia Santiago and Mirta Cortes Legal case number 16-01148 [Dkt. No. 331 ], whose legal reasoning and conclusions is adopted fully, Banco Popular de Puerto Rico's *Motion for Entry of Order for the Transfer of Property and the Cancellation of Pre-Transfer Date Liens and Other Particulars Under the Confirmed Plan of Reorganization* [Dkt. No. 100], is hereby DENIED.

The court finds that Banco Popular de Puerto Rico's liens were extinguished upon the confirmation of the chapter 11 Plan. As such, the Debtor does not have to tender the properties to Banco Popular. Since the Stipulation confirmed through the Plan is binding and enforceable on the signatory parties, they must all abide by the terms and provisions established therein.

SO ORDERED

In San Juan, Puerto Rico, this 17th day of April, 2019.

Brian K. Tester
U.S. Bankruptcy Judge

-1-